IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
JOHN ADAM RILLO,            )
                            )
        Petitioner,         )
                            )       1:17CV938
    v.                      )       1:14CR341-1
                            )
UNITED STATES OF AMERICA,   )
                            )
        Respondent.         )
```

**ORDER**

This matter is before this court for review of the Recommendation filed on November 7, 2019, by the Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 37.) In the Recommendation, the Magistrate Judge recommends that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, (Doc. 27), be denied and that this action be dismissed, without issuance of a certificate of appealability. The Recommendation was served on the parties to this action on November 7, 2019, (Doc. 38). Petitioner filed a Motion for Extension of Time, (Doc. 39), to file objections to the Magistrate Judge's Recommendation. On December 30, 2019, Petitioner filed his objections, (Doc. 40).

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is

made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge. . . . [O]r recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has appropriately reviewed the portions of the Recommendation to which objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 37), is **ADOPTED. IT IS FURTHER ORDERED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, (Doc. 27), is **DENIED** and that this action is dismissed with prejudice. **IT IS FURTHER ORDERED** that Petitioner's motion for extension, (Doc. 39), is **GRANTED.** A Judgment dismissing this action will be entered contemporaneously with this Order. Finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued.

This the 23rd day of April, 2020.

/s/ William L. Osteen, Jr.
United States District Judge